Case 3:18-cr-00052-CAR-CHW   Document 169   Filed 01/11/24   Page 1 of 1

Click or tap here to enter text.                                                                                                                       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:18-CR-00052-003 |
| Ivan Sayavedra | ) |
| | ) USM No:  67394-479 |
| Date of Original Judgment:  12/16/2019 | ) |
| Date of Previous Amended Judgment:  N/A | ) Carlos A. Garcia |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months **is reduced to**  Time Served .

Ivan Sayavedra was originally sentenced on December 11, 2019, to a term of 87 months imprisonment and a five-year term of supervised release, for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine. His total offense level was determined to be 29 with a criminal history category I, which yielded an advisory sentencing range of 87 to 108 months. He presently has a projected release date of September 27, 2024.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction would result in a total offense level 27 with a criminal history category I, which yields an advisory sentencing range of 70 to 87 months.

The government agrees that the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the new imprisonment sentence imposed would be reduced to 70 months. This would result in a sentence of Time Served with a release date of February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated  12/16/2019  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11 January 2024

Judge's signature

Effective Date:  February 1, 2024
*(if different from order date)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*